```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| Luis Herrera, | |
|                  Plaintiff, | |
| -against- | |
| The City of New York, et al., | |
|                  Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2019

1:19-cv-3216 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during a telephone conference held on December 3, 2019, it is ORDERED as follows:

1. Plaintiff's delay in filing his Amended Complaint is excused. However, Plaintiff is warned that any future failures to comply with Court Orders and deadlines may result in sanctions, up to and including the recommendation of dismissal of the case.

2. No later than Friday, December 13, 2019, Plaintiff shall serve upon the City his sworn responses to Defendants' First Set of Interrogatories and his responses to Defendants' Requests for the Production of Documents.

3. The fact discovery deadline in this case is extended from January 31, 2020 until March 31, 2020.

4. Defendants' time to respond to the amended complaint is extended until December 17, 2019.

5. No later than January 27, 2020, Defendants shall file a joint letter regarding the status of discovery and settlement.

The Clerk of the Court is instructed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
December 4, 2019

_____
STEWART D. AARON
United States Magistrate Judge