USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Luis A. Herrera,

                                                    **Plaintiff,**

          -against-

The City of New York et al,

                                                    **Defendants.**

1:19-cv-03216 (AT) (SDA)

**AMENDED ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated April 12, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (ECF No. 4). Plaintiff filed an Amended Complaint on November 22, 2019 (ECF No. 30). Service was completed upon Defendants the City of New York, James P. O'Neill, and Steven Banks (ECF Nos. 11-13) but service has yet to be completed upon the several new Defendants added to the Amended Complaint.

To allow Plaintiff to effect service on the newly added Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to complete U.S. Marshals Service Process Receipt and Return forms ("USM-285 form") for each Defendant listed below using the following addresses:

- Detective Sean Haggerty
  Shield No. 4923
  New York City Police
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

- Under Cover Officer 00084
  New York City Police
  Department Manhattan South Narcotics

1 Police Plaza, Room 110C
New York, NY 10007

- Sergeant Jason Stocker
  Shield No. 01012
  New York City Police
  Department Manhattan South Narcotics
   1 Police Plaza, Room 110C
  New York, NY 10007

- Lieutenant Washington Zurita
  Shield No. 03381
  New York City Police
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

- Detective Anthony Assent
  Shield No. 00306
  New York City Police
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

- Detective Logan Payano
  Shield No. 00816
  New York City Police
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

- Detective Ricardo Mantilla
  Shield No. 523
  New York City Police
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

- Detective Crystal Romero
  Shield No. 31314
  New York City Police
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

- Police Officer Kyle Crevatas
  Shield No. 24662
  New York City Police
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

- Police Officer Evans Bellavoix
  Shield No. 7408
  New York City Police
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

- Detective Jawuan Hubbard
  Shield No. 08746
  New York City Police
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

- Detective Sean Brown
  Shield No. 24894
  New York City Police Department
  Department Manhattan South Narcotics
  1 Police Plaza, Room 110C
  New York, NY 10007

The Clerk of Court shall further issue a summons and deliver to the Marshals Service all

of the necessary paperwork—including the Amended Complaint (ECF No. 30)—for the Marshals

Service to effect service of the entire pleading upon the Defendants.

The Clerk of Court shall mail a copy of this Order to Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
            December 4, 2019

_____
STEWART D. AARON
United States Magistrate Judge