

**JAMES E. JOHNSON**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEPHANIE DE ANGELIS**
*Assistant Corporation Counsel*
Phone: (212) 356-3513
Fax: (212) 356-3509
Email: sdeangel@law.nyc.gov

January 24, 2020

**BY ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Luis A. Herrera v. City of New York, et al.</u>,
19-CV-3216 (AT) (SDA)

Your Honor:

I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Commissioner James P. O'Neill, and Steven Banks ("hereinafter defendants") in the above-referenced case. The undersigned writes, pursuant to Your Honor's Individual Rule of Practice in Civil Cases, to respectfully submit that the undersigned attempted to call plaintiff Luis A. Hererra to confer about the Joint Status Letter, currently due on January 27, 2020; however, the number plaintiff provided on the docket is out of service. Thus, defendants respectfully requests that the Court set a date certain by which plaintiff must provide a working telephone number and e-mail address. Additionally, defendants respectfully requests that the Court adjourn the deadline for the Joint Status Letter, currently set for January 27, 2020 *sine die* pending the outcome of defendants' fully dispositive Motion to Dismiss the Complaint for failure to prosecute. This is defendants' first request for an adjournment of the deadline for the Joint Status Letter.

Request GRANTED. The deadline for the Parties to file a joint status letter is adjourned *sine die* in light of the City's forthcoming motion to dismiss. In addition, as set forth in the FRCP 4 Service Package which was mailed to Plaintiff on June 5, 2019 (See ECF Nos. 7 & 8), it is the Plaintiff's responsibility to notify the court if his contact information changes. No later than January 31, 2020, Plaintiff shall file a letter with the court with a working telephone number and email address at which he may be reached. Failure to notify the Court of your contact information may cause your case to be dismissed.
Lastly, Assistant Corporation Counsel is reminded that this matter has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A), and that letters such as this one should be addressed to the undersigned. (ECF No. 6.) SO ORDERED.
Dated: January 24, 2020

Defendants thank the Court for its attention to this matter.

                              Respectfully submitted,

                              *Stephanie De Angelis /s*

                              Stephanie De Angelis
                              *Assistant Corporation Counsel*
                              Special Federal Litigation Division

cc:    **BY FIRST CLASS MAIL**
       Luis A. Herrera
       *Plaintiff Pro Se*
       794 Snediker Avenue
       Apt. 2F
       Brooklyn, NY 11207