itUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

Luis Herrera,

                    Plaintiff,

          -against-

The City of New York et al.,

                    Defendants.

1:19-cv-03216 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of twelve Marshals' Process Receipts and Returns of Service confirming service of Plaintiff's Amended Complaint upon the individually named Defendants. (*See, e.g.*, ECF Nos. 38-49.) According to these service forms, the Defendants' answers or responses to Plaintiff's Amended Complaint are due on February 5, 2020.

In light of the Court's December 20, 2019 Order setting a briefing schedule for The City's anticipated motion to dismiss, pursuant to Federal Rules of Civil Procedure 16(f) and 41(b) (*see* ECF No. 37), the time for all Defendants to respond or answer to Plaintiff's Amended Complaint is adjourned *sine die*.

The clerk of the court is instructed to send a copy of this by first-class mail to *pro se* Plaintiff.

**SO ORDERED.**

DATED:     New York, New York
           January 27, 2020

_____
STEWART D. AARON
United States Magistrate Judge