UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis Herrera,

                Plaintiff,

-against-

The City of New York, et al.,

                Defendants.

1:19-cv-3216 (AT) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear via Telephone for a conference in the above-captioned matter on Thursday, March 12, 2020, at 10:00 a.m. During the conference, the parties should be prepared to discuss the pending motion to dismiss, as well as the delinquent discovery. The Defendants shall call the Court's conference line at 212-805-0110 once all parties are on the line. In addition, no later than Monday, March 9, 2020, Defendants shall call *pro se* Plaintiff, as well as his brother, Victor Herrera, to ensure he is aware of this scheduled conference.

The Clerk of the Court is respectfully requested to mail a copy of this Order to *pro se* Plaintiff, and chambers send it by email.

**SO ORDERED.**

DATED:    New York, New York
              March 6, 2020

_____
STEWART D. AARON
United States Magistrate Judge