UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis Herrera,

              Plaintiff,

-against-

The City of New York, et al.,

              Defendants.

1:19-cv-3216 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties held today, and for the reasons stated on the record, Defendants shall file a letter no later than Thursday, March 19, 2020 advising the Court whether they consent to withdraw their motion to dismiss for lack of prosecution, filed at ECF No. 53.

The Clerk of the Court is respectfully requested to mail a copy of this Order to *pro se* Plaintiff, and Chambers shall send it by email.

**SO ORDERED.**

DATED:    New York, New York
              March 12, 2020

_____
STEWART D. AARON
United States Magistrate Judge