UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis A. Herrera,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

1:19-cv-03216 (AT)(SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The telephone conference previously scheduled for April 28, 2020 at 11:30 a.m. (*see* ECF No. 61) shall be adjourned until **April 28, 2020 at 3:00 p.m.** In addition, the Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745 at the scheduled time.

This Order supersedes the calling instructions provided previously.

Counsel for the city shall serve this Order upon *pro se* Plaintiff and his brother by email.

**SO ORDERED.**

DATED:    New York, New York
               March 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge