

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

**JAMES E. JOHNSON**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**STEPHANIE DE ANGELIS**
Assistant Corporation Counsel
phone: (212) 356-3513
fax: (212) 356-3509
email: sdeangel@law.nyc.gov

June 12, 2020

**BY ECF**
Honorable Analisa Torres
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Luis A. Herrera v. City of New York, et al.
     19 CV 3216 (AT) (SDA)

Your Honor:

I am the attorney in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to the defense of the above referenced matter.  I respectfully write to advise Your Honor that the above referenced action has settled and as such we request that all conferences and deadlines be cancelled.  The Stipulation of Settlement and Order of Dismissal will be submitted to the Court as soon as the circumstances permit.

Defendants thank the Court for its time and attention to this matter.

Respectfully submitted,

*Stephanie De Angelis* /s

Stephanie De Angelis
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:  **By Email**
     Luis A. Herrera
     *Plaintiff Pro Se*
     794 Snediker Avenue
     Apt. 2F
     Brooklyn, NY 11207