```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LUIS A. HERRERA,

                                Plaintiff,

        -against-

CITY OF NEW YORK, COMMISSIONER JAMES P. O'NEILL, UNDERCOVER UC 00084, STEVEN BANKS, LIEUTENANT WASHINGTON ZURITA, POLICE OFFICER EVANS BELLAVOIX, POLICE OFFICER ANTHONY ASSENT, POLICE OFFICER LOGAN PAYANO, SERGEANT JASON STOCKER, POLICE OFFICER SEAN BROWN, POLICE OFFICER JAWUAN HUBBARD, DETECTIVE SEAN HAGGERTY, POLICE OFFICER KYLE CREVATAS, DETECTIVE RICARDO MANTILLA, POLICE OFFICER CRYSTAL ROMERO,

                                Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

19 Civ. 3216 (AT) (SDA)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice.

**[THE REMAINDER OF THIS PAGE HAS INTENTIONALLY BEEN LEFT BLANK]**

Dated: New York, New York
_____, 2020

| | |
|---|---|
| Luis A. Herrera<br>*Plaintiff Pro Se*<br>794 Snediker Avenue, Apt. 2F<br>Brooklyn, NY 11207<br><br>By: _____<br>Luis A. Herrera<br>*Plaintiff Pro Se* | JAMES E. JOHNSON<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Stephanie De Angelis<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
ANALISA TORRES
United States District Judge

Dated:  August 10 , 2020